### JENKINS v. THE STATE.

1. On an indictment charging assault with intent to murder by pointing, aiming, directing, shooting off and discharging a loaded pistol at another, there may be a conviction of the minor offence of pointing a pistol at another. And a verdict of guilty of pointing a pistol at (the person mentioned in the indictment) "not in his own defence," is sufficient without embracing the whole of the statutory phrase, "not in a sham battle by the military, and not in self-defence, or in defence of habitation, property or person, or other instances standing upon like footing of reason and justice." The verdict would be sufficient without superadding or including any part of the phrase. *Arnold* v. *The State*, 51 *Ga.* 144; *Isom* v. *The State*, 83 *Ga.* 378.

2. On the question of protecting the plaintiff's attorney against costs, by the affidavit of his client, the case is ruled by *Thorpe* v. *The State*, just decided.                                   *Judgment affirmed.*

May 15, 1893.

Indictment for assault with intent to murder. Before Judge Milner. Whitfield superior court. April term, 1893.

Maddox & Starr, for plaintiff in error.
A. W. Fite, solicitor-general, *contra*.